UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN SCHINDERLE,

Plaintiff,

-v-

UPRIGHT CITIZENS BRIGADE LLC *et al.*,

Defendants.

26 Civ. 4563 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 9, 2026, defendants filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Dkt. 17. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Rather than amend the complaint, plaintiff filed a response in opposition to the motion to dismiss which requested, as an alternative basis for relief, leave to file an amended complaint to address any deficiency identified by the motion to dismiss. Dkt. 20.

In the interests of justice and efficiency, it is hereby ORDERED that plaintiff shall file any amended complaint by October 16, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by November 6, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that defendants rely on the previously filed motion to dismiss.[1]

If no amended complaint is filed by October 16, 2026, no further filings are invited.

[1] If defendants file a new motion to dismiss or rely on their previous motion, an opposition from plaintiff will be due 14 days thereafter, and a reply from defendants will be due seven days after that.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2026
New York, New York